IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| v. | |
| DOLI SYARIEF PULUNGAN | CASE NO. 07-CR-144-BBC-1 |

---

IT IS ORDERED AND ADJUDGED that the Judgment and Commitment entered August 4, 2008 is vacated, Judgment of Acquittal is entered, and the Bureau of Prisons is to release defendant Doli Syarief Pulungan from custody.

Approved as to form this 20th day of August, 2009.

_____
BARBARA B. CRABB, District Judge

_____         8/20/09
Peter Oppeneer, Clerk of Court          Date